# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEVLON SAUNDERS,** : | |
|    Petitioner : | |
| : | No. 1:10-cr-54 |
| **v.** : | |
| : | (Judge Kane) |
| **UNITED STATES OF AMERICA,** : | |
|    Respondent : | |

## ORDER

**AND NOW**, on this 31st day of May 2017, **IT IS ORDERED THAT:**

1. Petitioner Devlon Saunders' motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 295), is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to close civil case number 16-cv-1283.

                                                         s/ Yvette Kane
                                                         Yvette Kane, District Judge
                                                         United States District Court
                                                         Middle District of Pennsylvania